

ORIGINAL

FILED

06/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0003

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0003

FILED

JUN 2 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF SUZANNE M. HEYWOOD
TO SUBMIT LATE APPLICATION TO TAKE THE
BAR EXAM

O R D E R

Suzanne M. Heywood has petitioned for leave to submit a late application to take the Montana Bar Examination administered in July 2022. The request is significantly beyond the application deadline and, as explained in the petition, Heywood has been advised that the National Conference of Bar Examiners could not complete certification requirements in time for the exam. Consequently, we are unable to grant the request. Therefore,

IT IS ORDERED that the petition for leave to submit a late application to take the Montana Bar Examination in July 2022 is DENIED.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 21st day of June, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2